IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA OLIVAS,

Plaintiff,

v.   No. 1:12-cv-01245-LH-WDS

SPRING FRESH JANITORIAL, INC., and
BARBARA PINO,

Defendant.

## ORDER RESCHEDULING RULE 16 CONFERENCE

PLEASE BE ADVISED that the Rule 16 Scheduling Conference set for January 22, 2013 at 1:30 p.m. is VACATED and will be reset upon Defendants' filing of an answer in this matter.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge